CHR. BJELLAND & Co., INC., and CHR. BJELLAND & Co., A/S., Appellants, v. VICTOR M. CALDERON Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

JOHN HECHT, Appellant, v. OCCHIPINTI REALTY COMPANY, INC., and Another, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of *Weiner* v. *Leroca Realty Corp.* (279 N. Y. 127). Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., dissents.

PHOENIX MANUFACTURING Co., INC., Appellant, v. S. BLECHMAN & SONS, INC., Respondent.— Judgment unanimously reversed, with costs, and verdict reinstated. The verdict was amply supported by the evidence. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Arbitration of ESQUIRE MILLS, INC., Appellant, and U. S. KNITWEAR CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DOROTHY MCALPIN BELL, Appellant, Respondent, v. ALFRED D. BELL, Individually, and Others, Respondents, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY WEITZBERG and JACOB FEUERSTEIN, Copartners Doing Business under the Firm Name KEYSTONE BUTTON WORKS, and Others, Appellants, v. DAVID DUBINSKY, Individually, and as President and General Secretary and Treasurer of the International Ladies' Garment Workers' Union, and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [173 Misc. 350.]

ROSE ROSING, Respondent, v. MORTIMER ROSING, Appellant.— Judgment, so far as appealed from, unanimously modified by reducing the amount of alimony for the support of plaintiff and her daughter to the sum of fifteen dollars per week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DORA KUPFERSCHMID, in Behalf of Herself and of All Other Stockholders of DADOROS REALTY CORP. Similarly Situated, Appellant, v. DADOROS REALTY CORP. and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MARIO MERENDI, Appellant, v. GENERAL CIGAR COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.